Rev. 7/06
CO Hab Corp
AO 241 amd.

**FILED**

Page 1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JAN - 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_Duncan, Lorancio_
NAME (Under which you were convicted)

_182-142 And 62099-000_
PRISON NUMBER

_1901 D ST S.E Wash. DC_
PLACE OF CONFINEMENT/ADDRESS

_____
_____
_____

Case: 1:08-cv-00010
Assigned To : Walton, Reggie B.
Assign. Date : 1/3/2008
Description: Habeas Corpus/2255

_Duncan, Lorancio_                          )
(Full Name)                Petitioner        )
                                            )
                                            )
                                            )
        v.                                  )
_Warden Stanley. Wahdeen_                    )
_D. c Sain + United States_                  )
_Parole Board_                              )
(Name of Warden, Superintendent, Jailor, or  )
authorized person having custody of petitioner) )
                Respondent                   )

Civil Action No.: _____
(To be filled in by Clerk)

**PETITION FOR WRIT OF HABEAS CORPUS**
**BY A PERSON IN CUSTODY IN THE DISTRICT OF COLUMBIA**

**INSTRUCTIONS - PLEASE READ CAREFULLY**

1.   This petition must be legibly handwritten or typed, and signed by the petitioner.  Any false
statement of material fact may serve as the basis for prosecution and conviction for perjury.  All
questions must be answered concisely in the proper space on the form.

2.   Additional pages are not permitted except with respect to the facts which you rely upon to support
your grounds for relief.  No citation of authorities need be furnished.  If briefs or arguments are
submitted, they should be submitted in the form of a separate memorandum.

3.   Upon receipt, your petition will be filed if it is in proper order and is accompanied by a $5.00 filing
fee.  Your check or money order should be made payable to: Clerk, U.S. District Court.

1

4.  If you cannot afford to pay the filing fee, you may request permission to proceed in forma pauperis, in which event you must execute the affidavit on the last page, setting forth information establishing your inability to pay the costs. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

5.  Only sentences imposed by one court may be challenged in a single petition. If you seek to challenge sentences entered by different courts, you must file separate petitions as to each court.

6.  When you have completed the form, send the original and one copy to:
    Clerk, United States District Court for the District of Columbia
    Room 1225
    333 Constitution Avenue, NW
    Washington, DC 20001

7.  <u>Petitions which do not conform to these instructions may be returned with a notation as to the deficiency.</u>

## PETITION

1.  (a)  Name and location of court which imposed the sentence (or detention) of conviction you are challenging:

    D.C SUPERIOR COURT, WASHINGTON. D.C.
    U.S PAROLE COMMISSION

2.  (a)  Date of the sentence (or detention): 1985

3.  Length of sentence: 10 TO 30 YEARS

4.  Nature of offense involved (all counts): Kidnapping WHILE ARMED
    ASSAULT WITH INTENT TO KIDNAP WHILE ARMED
    CARRYING A PISTOL WITHOUT A LICENSE.
    POSSESSION OF HERION

5.  (a)  What was your plea? (Check one):
    ☑  Not guilty
    ☐  Guilty
    ☐  Nolo Contendere (no contest)
    ☐  Insanity

(b)   If you entered a guilty plea to one count or charge, and a not guilty plea to another count or  charge,  give  details: _____

_____

_____

_____

_____

_____

_____

6.   Have you previously filed any petitions, applications, or motions with respect to this sentence in any court?

☑   Yes
☐   No

7.   If your answer to Question 10 was "Yes," give the following information:

(a)   (1)   Name of Court: _DC SUPERIOR COURT_

(2)   Nature of the proceedings: _ASKING FOR A MODIFICATION OF SENTENCE TO CORRECT TIME SPENT ON PAROLE_

(3)   Grounds raised: _THE PAROLE BOARD TAKE-ING my GOOD TIME I'VE EARNED AND TIME I'VE SPENT ON PAROLE TO ENHANCE my SENTENCE_

(4)   Did you receive an evidentiary hearing on your petition, application or motion?

☐   Yes
☑   No

(5)   Result: _____

(6)   Date of result: _____

(b)   As to any second petition, application, or motion, give the same information:

(1)   Name of Court: _____

(2)   Nature of the proceedings: _N/A_

_____

(3)   Grounds raised: _____

_____

_____

_____

(4)   Did you receive an evidentiary hearing on your petition, application or motion?

☐   Yes
☐   No

(5)   Result: _____

(6)    Date of result: _____

(c)    As to any third petition, application, or motion, give the same information:
    (1)    Name of Court: _____
    (2)    Nature of the proceedings: _____ N/A _____
            _____
            _____
            _____

    (3)    Grounds raised: _____
            _____
            _____
            _____
            _____

    (4)    Did you receive an evidentiary hearing on your petition, application or motion?
            ☐    Yes
            ☐    No
    (5)    Result: _____
    (6)    Date of result: _____

(d)    Did you appeal to the highest court having jurisdiction for the result of action taken in any petition, application or motion?
    (1)    First petition, etc.”
            ☐    Yes
            ☐    No
    (2)    Second petition, etc.:
            ☐    Yes
            ☐    No

    (3)    Third petition, etc.:
            ☐    Yes
            ☐    No

(e)    If you did not appeal from the adverse action on any petition, application, or motion, explain briefly why you did not: _____
_____
_____
_____
_____
_____

8.    State <u>concisely</u> every ground on which you claim that you are being held unlawfully. Summarize <u>briefly</u> the facts supporting each ground. If necessary, you may attach pages stating additional grounds and <u>facts</u> supporting same.

A.    **GROUND ONE:**

    (a)    Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: THE PAROLE BOARD is using Enfor-mation THAT BEEN EXPANGE FROM my FIRT RECORD And NCIC Inquiry

B.    **GROUND TWO:**

    (a)    Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: THE PAROLE BOARD HAS TAKEN my Good Time THAT I'VE EARNED By completing A Digital Electronic class And A Intensive Six month drug program while incarcerated.

C.    **GROUND THREE:**

    (a)    Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: I HAVE continuously get A Face Sheet THAT Adds years on To my original sentence of 10 To 30 years starting 1985 To 2015 BUT NOW my Termination Date is 2025, I'm originally A Superia court Applicant sentence under THE Old Law.

**D.   GROUND FOUR:**

(a)   Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: I was suppose to have had a probable cause hearing within five day after I recieve my arrest warrant but I didn't get one until 90 days from May 14, 2007 until August 31, 2007 stating accountability

9.   If any of the grounds listed in 12A, B, C, or D were not previously presented in any other court, District of Columbia or Federal, state briefly what grounds were not so presented, and give your reasons for not presenting them: _____

10.   Do you have any petition or appeal pending in any other court, either, District of Columbia or Federal, as to the sentence (or detention) under attack?

☐   Yes
☒   No

(a)   If so, give the name and location of the court and case number, if known: _____

11.   Do you have any future sentence to serve after you complete the sentence (or detention) under attack?

☐   Yes
☒   No

(a)   If so, give name and location of court which imposed sentence to be served in the future:

(b)   And give date and length of sentence to be served in future: _2025 YEARS_

(c)   Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

    ☑   Yes

    ☐   No

 

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Petitioner's Signature

_____
Date

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| *LORANNO DUNCAN* | *STANLEY WALDERN, ETAL* |

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF *11001*
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE T?

*PRO SE (PA)*

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
*# 182-142*

Case: 1:08-cv-00010
Assigned To : Walton, Reggie B.
Assign. Date : 1/3/2008
Description: Habeas Corpus/2255

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENS
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

| ☐ A. *Antitrust* | ☐ B. *Personal Injury/ Malpractice* | ☐ C. *Administrative Agency Review* | ☐ D. *Temporary Restraining Order/Preliminary Injunction* |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>**Social Security:**<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br><br>**Other Statutes**<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

## ☐ E. *General Civil (Other)* OR ☐ F. *Pro Se General Civil*

| | | |
|---|---|---|
| **Real Property**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent, Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property<br><br>**Personal Property**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | **Bankruptcy**<br>☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**Prisoner Petitions**<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br><br>**Property Rights**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>**Federal Tax Suits**<br>☐ 870 Taxes (US plaintiff or defendant<br>☐ 871 IRS-Third Party 26 USC 7609 | **Forfeiture/Penalty**<br>☐ 610 Agriculture<br>☐ 620 Other Food &Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other<br><br>**Other Statutes**<br>☐ 400 State Reapportionment<br>☐ 430 Banks & Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation |
| **☐ 470 Racketeer Influenced & Corrupt Organizations**<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Satellite TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 900 Appeal of fee determination under equal access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act | | |

— ⊙ →

| ☒ G. Habeas Corpus/ 2255 | ☐ H. Employment Discrimination | ☐ I. FOIA/PRIV[ACY] ACT | ☐ J. Student Loan |
|---|---|---|---|
| ☒ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Inform[ation] Act<br>☐ 890 Other Statutory Ac[tions] (if Privacy Act)<br><br>*(If pro se, select this deck[)]* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ☐ K. Labor/ERISA (non-employment) | ☐ L. Other Civil Rights (non-employment) | ☐ M. Contract | ☐ N. Three-Judge Court |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrum[ent]<br>☐ 150 Recovery of Overpa[yment] & Enforcement of Jud[gment]<br>☐ 153 Recovery of Overpa[yment] of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Li[ability]<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

(●) 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify)    ☐ [6] Multi district Litigation    ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND [WRIT]E A BRIEF STATEMENT OF CAUSE.)

28 USC 2241 - Habeas Corpus -

**VII. REQUESTED IN COMPLAINT**    CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23    **DEMAND $** ___    [Che]ck YES only if demanded in complaint [JU]RY DEMAND: ☐ YES  (●)NO

**VIII. RELATED CASE(S) IF ANY**    N.F.    (See instruction)    ☐ YES  (●) NO    If yes, please complete [related] case form.

**DATE** 1.3.08    **SIGNATURE OF ATTORNEY OF RECORD**    NCD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET J[S-44]**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings a[nd ser]vice of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in Sep[tember] 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Cou[rt for e]ach civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of resider[ce:] [us]e 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., a[nd 99]99 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship [se]lected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depe[nd on] the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also [select] one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statemen[t of th]e primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a relate[d case] form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information p[rovided] prior to signing the form.

M—